AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Alberto Reyes | ) Case No: 10 Cr. 863 |
| | ) USM No: 96098-004 |
| Date of Original Judgment: 02/09/2015 | ) |
| Date of Previous Amended Judgment: | ) Bernard Alan Seidler/ AUSA, Christopher Brumwell |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **2/9/15** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/23/2024

Judge's signature: /s/ Alvin K. Hellerstein

Hon. Alvin K. Hellerstein, U.S.D.J.
*Printed name and title*

Effective Date: _____
*(if different from order date)*